No. 87–463.   MEHRA ET AL. *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 87–5122.   WHITE *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 87–5199.   SPENCER *v.* PENNSYLVANIA UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.   Pa. Commw. Ct.   Certiorari denied.

No. 87–5212.   ABRAHAM *v.* WHITE, WARDEN.   C. A. 4th Cir. Certiorari denied.

No. 87–5356.   BOYER *v.* PENNSYLVANIA.   Super. Ct. Pa. Certiorari denied.

No. 87–5357.   YOUNG *v.* RABIDEAU ET AL.   C. A. 7th Cir. Certiorari denied.

No. 87–5361.   GRAY *v.* PEPCO ET AL.   Ct. App. D. C.   Certiorari denied.

No. 87–5371.   MARTIN *v.* ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.   Reported below: 150 Ill. App. 3d 1160, 514 N. E. 2d 1241.

No. 87–5373.   HUNTER *v.* EVANS ET AL.   C. A. 11th Cir. Certiorari denied.

No. 87–5375.   BATTLE *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 87–5376.   PEREZ *v.* SULLIVAN, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 87–5377.   MAHDAVI *v.* THELEN, MARRIN, JOHNSON & BRIDGES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 87–5379.   KOCHEL *v.* KOCHEL.   C. A. 4th Cir.   Certiorari denied.

No. 87–5380.   RHONE *v.* ALABAMA.   Ct. Crim. App. Ala. Certiorari denied.